SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LITTLEJOHN & CO, LLC, et al.,

Plaintiff,

- against -

SAFEGUARD PROPERTIES, LLC, ~~et al.,~~

Defendant.

10 cv 0482 (BSJ)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/5/10

Upon the motion of Steven Skulnik attorney for Defendants and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | STEPHEN MICHAEL O'BRYAN |
| Firm Name: | TAFT STETTINIUS & HOLLISTER LLP |
| Address: | 200 Public Square, Suite 3500 |
| City/State/Zip: | Cleveland, Ohio 44114 |
| Telephone/Fax: | (216) 241-2838 |
| Email Address: | sobryan@taftlaw.com |

is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: Feb. 2, 2010
City, State: ny, ny

_____
United States District ~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $ _____ SDNY RECEIPT# _____
SDNY Form Web 10/2006